Case 1:19-cr-10117-IT Document 649 (Ex Parte) Filed 09/22/20 Page 1 of 1
Case 3:20-cr-00383-JD Document 1 Filed 10/09/20 Page 1 of 1

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:19CR10117-IT-7 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 20-0383 JD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Agustin Francisco Huneeus | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Indira Talwani, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/17/2020 — TO 3/16/2022 |

OFFENSE

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud in violation of 18 U.S.C. § 1349, 1341, and 1346

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

**FILED**
Oct 09 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. *

9/22/2020
*Date*

*Indira Talwani*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/09/2020
*Effective Date*

*United States District Judge*