# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

777 Sonoma Avenue, Suite 323
Santa Rosa, CA 95404-4731
TEL: (707) 575-3416
FAX: (415) 581-7440

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**JAMES SCHLOETTER**
DEPUTY CHIEF U.S. PROBATION OFFICER II



**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

October 13, 2020

The Honorable James Donato
United States District Judge

Re: HUNEEUS, Agustin F.
Docket No.: 0971 3:20CR00383-001 JD
**INTERNATIONAL TRAVEL REQUEST**

Your Honor:

On March 17, 2020, Agustin Huneeus was sentenced in the District of Massachusetts to time served for custody and two (2) years of supervised release, for a violation of the following: Count One: Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud, 18 U.S.C. § 1349, 1341, 1346, a Class C Felony. The following special conditions of supervision were ordered: prohibited from incurring new credit or opening additional lines of credit; financial disclosure; 500 hours of community service; remain at residence for the first fourteen days of supervised release. His term of supervised release commenced on March 12, 2020 in the Northern District of California. A transfer of jurisdiction into the Northern District of California was completed and the case has been assigned to Your Honor.

Huneeus has requested to travel to the Bahamas for approximately two weeks. He has informed himself of the requirements to travel internationally during COVID-19 and will be following all the requirements. Mr. Huneeus stated the purpose for this travel is to meet with an investor, Richard Sands (Chairman of Constellation Brands) in hopes of pursuing future business in the wine industry. The client is in compliance with his supervised release conditions and has paid of his fine. The undersigned recommends that travel be approved.

Respectfully submitted,

_____
Grisel Gomez
U.S. Probation Officer

Reviewed by:

_____
Kevin L. Thomas
Supervisory U.S. Probation Officer

Travel is:  Denied, pending further explanation of why a two-week trip to the
☐ Approved  Bahamas is necessary to meet with a potential business investor.
☒ Denied

\_\_October 13, 2020_____   _____
Date                                        James Donato
                                            United States District Judge