# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

,

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**JAMES SCHLOETTER**
DEPUTY CHIEF U.S. PROBATION OFFICER II

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

October 20, 2020

The Honorable James Donato
United States District Judge

Re: HUNEEUS, Agustin F.
Docket No.: 0971 3:20CR00383-001 JD
**INTERNATIONAL TRAVEL REQUEST**

Your Honor:

On March 17, 2020, Agustin Huneeus was sentenced in the District of Massachusetts to time served for custody and two (2) years of supervised release, for a violation of the following: Count One: Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud, 18 U.S.C. § 1349, 1341, 1346, a Class C Felony. The following special conditions of supervision were ordered: prohibited from incurring new credit or opening additional lines of credit; financial disclosure; 500 hours of community service; remain at residence for the first fourteen days of supervised release. His term of supervised release commenced on March 12, 2020 in the Northern District of California. A transfer of jurisdiction into the Northern District of California was completed and the case has been assigned to Your Honor.

On October 13, 2020, an international travel request was submitted for Huneeus to travel to the Bahamas for two weeks. Your Honor denied this request, pending further explanation of the travel request. Huneeus has provided exact dates for travel will be October 22, 2020 to October 30, 2020, if travel is approved. More specific, Huneeus will be meeting with Richard Sands, who was Huneeus' boss in the past and is chairman of Constellation Brands. As reported by Huneeus, Mr. Sands will be assisting him to start an "investment fund to acquire wine companies in Europe." Mr. Sands currently lives in the Bahamas, and Huneeus plans to stay at the Grand Bahamas Yacht Club in Freeport, Bahamas for the duration of the trip. Due to Huneeus' having a criminal history, he has lost his ability to work in the wine/alcohol industry in the United States. He anticipates, he and Mr. Sands, developing a business plan for the investment fund during the time he is there.

As mentioned in the previous international travel request, Huneeus is aware of the COVID-19 travel requirements and regulations. He has been informed that without approval from the Court he may not travel internationally. To this date, client has remained in compliance with his supervised release conditions.

Re: HUNEEUS, Agustin F.
Docket No.: 0971 3:20CR00383-001 JD

Respectfully submitted,                    Reviewed by:

_____            _____
Grisel Gomez                               Kevin L. Thomas
U.S. Probation Officer                     Supervisory U.S. Probation Officer

---

Travel is:

☐ Approved
☒ Denied


October 21, 2020_____      _____
Date                                       James Donato
                                           United States District Judge