STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    jason.kleinwaks@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:20-cr-00383-JD |
|---|---|
| Plaintiff, | ) RESPONSE OF THE UNITED STATES TO DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) |
| AGUSTIN HUNEEUS, JR., | ) |
| Defendant. | ) |

    The United States makes this submission in response to Defendant Agustin Huneeus, Jr.'s motion for early termination of supervised release. As the defendant stated in his motion, the United States Attorney's Office for the Northern District of California has conferred with the United States Attorney's Office for the District of Massachusetts, which brought the charges that gave rise to the defendant's supervised release. The United States Attorney's Office for the District of Massachusetts has considered the matter and does not oppose termination of the defendant's supervised release. Accordingly, the United States Attorney's Office for the Northern District of California also does not oppose the defendant's early termination.

//

| | |
|---|---|
| 1  DATED: June 8, 2021 | Respectfully submitted, |
| 2 | STEPHANIE M. HINDS |
| 3 | Acting United States Attorney |
| 5 | ____/s/_____ |
|   | JASON KLEINWAKS |
| 6 | Assistant United States Attorney |