# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
DEPUTY CHIEF U.S. PROBATION OFFICER II

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

November 2, 2021

The Honorable James Donato
United States District Judge

Re:  U.S. v. Agustin Francisco Huneeus
Docket No:  0971 3:20CR00383-001 JD
**TRAVEL REQUEST**

Your Honor:

On March 17, 2020, Agustin Huneeus was sentenced in the District of Massachusetts to time served in custody and two (2) years of supervised release, for a violation of the following: Count One: Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud, 18 U.S.C. § 1349, 1341, 1346, a Class C Felony. The following special conditions of supervision were ordered: No new credit or opening additional lines of credit; financial disclosure; 500 hours of community service; remain at residence for the first fourteen days of supervised release. His term of supervised release commenced on March 12, 2020 in the Northern District of California. A transfer of jurisdiction into the Northern District of California was completed and the case has been assigned to Your Honor.

On September 28, 2021, Mr. Huneeus submitted a request to travel to Portugal and Scotland from November 17, 2021 through November 30, 2021 for business meetings and to spend thanksgiving with his daughter.

Mr. Huneeus has been cooperative with all instructions from the probation officer, and he has remained in full compliance with his conditions of supervision.  Mr. Huneeus has completed his Court ordered community service hours and has continued to volunteer his time. All criminal monetary penalties in this case have been paid in full.

As such, it is respectfully recommended that Your Honor approve the dates of travel that have changed.  It is also requested that the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary.

Respectfully submitted,

_Sonia Lapizco_
Sonia Lapizco
Supervisory U.S. Probation Officer

Reviewed by:

_Sonia Lapizco_
Sonia Lapizco
Supervisory U.S. Probation Officer

NDC-SUPV-FORM-046 06/01/2015

**RE:**   Huneeus, Agustin Francisco  2
0971 3:20CR00383-001 JD

---

Travel is:
☒ Approved
☐ Denied

\_\_\_November 4, 2021_____   _____
Date                                                          James Donato
                                                                     United States District Judge